# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: Willstatter@msn.com

November 23, 2022

Andrew E. Krause
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Kentley Thomas*
            22MJ8898

Dear Judge Krause:

      This is an application for permission for Kentley Thomas to leave his home detention to celebrate Thanksgiving from 4 pm to 8 pm at his mother's home in Mount Vernon. The government defers to Pretrial Services. Pretrial Services says they oppose this application because of their policy regarding social events/activities for individuals under home detention. We believe this brief holiday outing is reasonable and that Mr. Thomas is otherwise in compliance with the terms of release.

> Mr. Thomas has been on pretrial supervision for less than three weeks, and therefore there is not a significant record available to evaluate his course of compliance with the terms of his release. In light of this, and in light of Pretrial Services' opposition to this application, the application is denied.
>
> Dated: November 23, 2022

Very truly yours,

  /s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

SO ORDERED.

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge