# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/23

February 2, 2023

Hon. Paul E. Davison
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Kentley Thomas*
           22MJ8898

Dear Judge Davison:

    Yesterday, I filed an application to the Hon. Andrew E. Krause for permission for Kentley Thomas to leave his apartment every other day for one hour to work out at the in-building gymnasium on a schedule to be approved by Pretrial Services. I understand that motion has been reassigned for decision by Your Honor.

    Pretrial Services does not oppose this application. The government informs me that it defers to Pretrial Services on this issue, meaning the government does not object.

    Very truly yours,

    /s/ Richard D. Willstatter
    RICHARD D. WILLSTATTER

APPLICATION GRANTED
Hon. Paul E. Davison, U.S.M.J.
2/2/23